# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00267-CR

**Kennet Haywood, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-13-200975, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Kennet Haywood has informed this Court that she no longer wishes to pursue this appeal and has filed a motion to dismiss it. Her motion to dismiss this appeal is granted and the appeal is dismissed. *See* Tex. R. App. P. 42.2(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   July 26, 2013

Do Not Publish